UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| **M.O.**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BRIGHTVIEW LLC d/b/a BRIGHTVIEW HEALTH**,<br><br>Defendant. | Case No. 1:25-cv-00625<br><br>[Hon. Jeffery P. Hopkins] |

## NOTICE OF SETTLEMENT

Plaintiff M.O hereby reports to the Court that the Parties have reached a confidential settlement of Plaintiff's individual claims in the above-reverenced matter. The Parties are in the process of finalizing a written settlement agreement and Plaintiff will file a Notice of Dismissal of her claims with prejudice when the settlement agreement has been fully executed.

Plaintiff respectfully respects that the Court stay all pending deadlines, including Defendant's January 12, 2026 deadline to respond to the Complaint, while the Parties finalize their settlement agreement.

Dated: January 7, 2026

**SIRI & GLIMSTAD LLP**

*/s/ Sonjay C. Singh*
Sonjay C. Singh (*pro hac vice*)

*Attorney for Plaintiff,
M.O.*

1